**Order entered January 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01015-CR

**MICHAEL D. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F94-03570-TK**

## ORDER

The Court has before it appellant's January 7, 2013 motion to set the case for submission without argument. Our record reflects that appellant filed his brief on November 27, 2012. The State's brief was due by December 27, 2012, but was not filed. Nor has the State sought an extension of time to file its brief, and the case has been set at issue. Accordingly, we **GRANT** appellant's motion to the extent that the appeal will be set for submission on the next available no argument docket.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE